# United States District Court Violation Notice

22035465D  
22-126 2A  
(Rev. 1/2020)

| Location Code | Violation Number | Officer Name (Print) | Officer No. |
|---|---|---|---|
| OR45 | E1769899 | R. MOYER | 560 |

## YOU ARE CHARGED WITH THE FOLLOWING VIOLATION

Date and Time of Offense (mm/dd/yyyy): 10/26/2022 11:45am  
Offense Charged: ☒ CFR ☐ USC ☐ State Code: 41 CFR 102.74.400

Place of Offense: 1538 SW YAMHILL Portland OR 97205

Offense Description: Factual Basis for Charge  
N) NARCOTICS  
Possession of Crystal Meth

### DEFENDANT INFORMATION
Last Name: MCELROY  
First Name: AMMIE  
C

### APPEARANCE IS REQUIRED
A ☐ If Box A is checked, you must appear in court.

### APPEARANCE IS OPTIONAL
B ☒ If Box B is checked, you must pay the total collateral due or in lieu of payment appear in court.

$ 500 Forfeiture Amount  
+ $30 Processing Fee  
$ 530.00 Total Collateral Due

PAY THIS AMOUNT AT www.cvb.uscourts.gov

### YOUR COURT DATE
(If no court appearance date is shown, you will be notified of your appearance date by mail.)

X Defendant Signature  
Original - CVB Copy

*E1769899*

CVB SCAN 11/29/2022 10:58

---

## STATEMENT OF PROBABLE CAUSE
(For issuance of an arrest warrant or summons)

I state that on October 26, 2022 while exercising my duties as a law enforcement officer in the PORTLAND District of OREGON

SEE ATTACHED STATEMENT OF PROBABLE CAUSE.

The foregoing statement is based upon:  
☒ my personal observation ☒ my personal investigation  
☒ information supplied to me from my fellow officer's observation  
☐ other (explain above)

I declare under penalty of perjury that the information which I have set forth above and on the face of this violation notice is true and correct to the best of my knowledge.

Executed on: 10-26-2022  Officer's Signature: [signed] 560

Probable cause has been stated for the issuance of a warrant.

Executed on: _____ U.S. Magistrate Judge

HAZMAT = Hazardous material involved in incident; PASS = 9 or more passenger vehicle;  
CDL = Commercial drivers license; CMV = Commercial vehicle involved in incident